**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ronald BOSWELL, Defendant–Appellant.**

No. 01–50710.

D.C. No. CR–91–01016–CBM.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 10, 2002.

Decided Oct. 17, 2002.

Before SCHROEDER, Chief Judge, W. FLETCHER, Circuit Judge, and WEINER,* District Judge.

MEMORANDUM**

Federal prisoner, Ronald Boswell, appeals the district court's denial of his motion to compel the government to file a Fed.R.Crim.P. 35(b) motion for reduction of Boswell's 210 month sentence for bank robbery in violation of 18 U.S.C. § 2113(a). The district court made a finding on the merits that the government did not act in bad faith or with an unconstitutional motive, and that the substantive requirements of Rule 35(b) were not met. We agree with the district court.

The judgment of the district court is AFFIRMED.

---

* The Honorable Charles R. Weiner, Senior District Judge, United States District Court for the Eastern District of Pennsylvania, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

